# United States District Court

CENTRAL DISTRICT OF ILLINOIS



FILED
APR 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

UNITED STATES OF AMERICA

V.

KEVIN D. TUCKER

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-M-7216

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 27, 2005__ in __Kankakee__ county, in the __Central__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense) having previously convicted of a crime punishable by imprisonment for more than one year, knowingly and unlawfully possess, in and affecting commerce, a firearm,

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based on the following
Official Title

facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ Dennis A. Fritzsche
Signature of Complainant

Sworn to before me and subscribed in my presence,

04-25-2005          at          Urbana, Illinois
Date                              City and State

David G. Bernthal                s/ David G. Bernthal
United States Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Dennis A. Fritzsche, being duly sworn on oath, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and am currently assigned to the Springfield, Illinois Field Office. I have been so employed for approximately 18 years. Prior to my employment with ATF, I was employed as a State of Illinois Probation Officer with the Macoupin County Probation Department for approximately 2 ½ years. During my employment with ATF, I have participated in the preparation and execution of numerous federal and state search warrants and arrest warrants, and have conducted many investigations concerning violations of the Gun Control Act of 1968 and the National Firearms Act.

2. This affidavit is in support of a criminal complaint and arrest warrant charging KEVIN D. TUCKER with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922(g)(1).

3. I am familiar with the following facts from my personal observations and investigation, as well as reliable information officially provided to me by other law enforcement agents.

4. On March 27, 2005, Kankakee City Police responded to 622 E. Hickory Street, Kankakee, Illinois, in response to reports of "man with a gun" and possible shots fired. Upon arrival at the residence, a group of people were observed exiting the residence. A female exiting the residence told Kankakee Officer Steven Hunter that the subject with

the firearm was a black male, who was in the basement of the residence and was wearing a red jersey.

5. On that same date Kankakee Police Officers Hunter and Jennifer Farley, along with Kankakee Police Sergeant Sais, entered the basement of the residence where they encountered a black male wearing a red jersey. A pat-down of the subject resulted in the recovery of a Ruger, 9mm, Model P-89, semi-automatic pistol, serial number 30904805, loaded with six rounds of 9mm firearm ammunition. The subject in possession of the firearm was identified as KEVIN D. TUCKER (hereinafter "TUCKER"), a male/black; DOB: 02/22/1980.

6. Officer Hunter was advised by homeowner Chynece Jennings that a party was being held at the residence when an altercation occurred between KEVIN D. TUCKER and other unknown subjects. Jennings indicted that TUCKER was removed from the residence, only to return a short time later, brandishing a firearm.

7. TUCKER was arrested at the scene and was transported to the Kankakee County Detention Center, where he was charged and processed.

8. It was determined that TUCKER did not possess a valid Illinois FOID (Firearms Owners Identification Card) card.

9. A criminal records check of TUCKER revealed multiple felony arrests, as well as a 1997 felony conviction of the charge of Armed Robbery, Case # 97-CF-66, for which TUCKER was sentenced to a 10 year term of imprisonment. In addition, TUCKER is the subject of an active Order of Protection issued in Kankakee County, Illinois.

10. On April 20, 2005, I determined that the Ruger, Model P-89, 9mm, semi-automatic pistol, serial number 309-04805, recovered from TUCKER'S waistband on March 27, 2005, was manufactured outside the State of Illinois and had therefore traveled in interstate commerce prior to being recovered in Kankakee, Illinois on that date.

Further affiant sayeth not.

s/ Dennis A. Fritzsche
_____
DENNIS A. FRITZSCHE, Special Agent
Bureau of Alcohol, Tobacco and Firearms

Subscribed and sworn before me
this 25th day of April 2005.

s/ David G. Bernthal
_____
DAVID G. BERNTHAL
United States Magistrate Judge

3