**E-FILED**

02:19 AM
ILCD

# FINANCIAL AFFIDAVIT

CJA 23
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | LOCATION NUMBER |

IN THE CASE OF

USA vs. Kevin D Tucker

FOR _____

AT _____

LOCATION NUMBER

**PERSON REPRESENTED** (Show your full name)

Kevin D. Tucker

**CHARGE/OFFENSE** (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

1 ☑ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

**DOCKET NUMBERS**

Magistrate
05-M-7216

District Court

Court of Appeals

**FILED**

MAY 1 1 2005

JOHN M. _____
_____ OF ILLINOIS.
URBANA, IL

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed?  ☐ Yes  ☑ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment How much did you earn per month? $ 2/03  $350.00

If married is your Spouse employed?  ☐ Yes  ☑ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____

SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____

DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents
2 Kids

List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| _____ | _____ | $ | $ |
| | _____ | $ | $ |
| | _____ | $ | $ |
| | _____ | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶  s/ Kevin Tucker