AO 442 (Rev. 5/93) Warrant for Arrest

**SEALED**

E-FILED
Wednesday, 31 August, 2005  11:17:33 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

KEVIN D. TUCKER

## WARRANT FOR ARREST

CASE NUMBER: 05-M-7216

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kevin D. Tucker__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
unlawful possession of a firearm by a felon,

*US MARSHALS SERVICE CENTRAL ILLINOIS — RECEIVED '05 APR 27 P 4:32*

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

04-25-2005   Urbana, Illinois
Date and Location

Bail fixed at $ __NONE__   by __David G. Bernthal__
Name of Judicial Officer

To be considered at initial appearance

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at __Kankakee, IL__

| DATE RECEIVED 4/27/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/11/05 | D. Fritzsche ATF Agent | J Carroll |

This form was electronically produced by Elite Federal Forms, Inc.